PEOPLE v BLANCHARD. (Docket No. 58792.) Request for appointment of counsel denied as moot. See *People v Runyon* and *People v Blanchard,* leave denied by order of April 29, 1977, ante p 892. James Milton Blanchard, *in propria persona,* appellant. Case below, Court of Appeals No. 22979, per curiam opinion of June 16, 1976.

PEOPLE v CUELLAR. (Docket No. 59108.) Request for appointment of counsel denied. Henry Ramirez Cuellar, *in propria persona,* appellant. Case below, Court of Appeals No. 25968, memorandum opinion of June 3, 1976.

PEOPLE v CARTER. (Docket No. 59106.) Request for appointment of counsel denied. Edward G. Carter, *in propria persona,* appellant. Case below, Court of Appeals No. 23476, per curiam opinion of August 25, 1976.

PEOPLE v CARRAWAY. (Docket Nos. 59104, 59105.) Request for appointment of counsel denied. Ronald Carraway, *in propria persona,* appellant. Case below, Court of Appeals Nos. 24099, 24100, per curiam opinion of June 1, 1976.

PEOPLE v BRAYBOY. (Docket No. 59102.) Request for appointment of counsel denied. Jack B. Brayboy, Jr., *in propria persona,* appellant. Case below, Court of Appeals No. 26832, per curiam opinion of October 21, 1976.

PEOPLE v EMBREE. (Docket No. 59013.) Request for appointment of counsel denied. Richard David Embree, *in propria persona,* appellant. Reported below: 70 Mich App 382.

